Larry D. BURKS, Appellant,

v.

Richard KING, Director of Revenue
State of Missouri, Respondent.

No. 67070.

Supreme Court of Missouri,
En Banc.

Oct. 16, 1985.

Milt Harper, Columbia, for appellant.

Jerome S. Antel, III, Asst. Pros. Atty.,
Columbia, for respondent.

PER CURIAM.

This case is governed by *Messer v. King,*
698 S.W.2d 324 (Mo. banc 1985). On the au-
thority of that decision the judgment of the
circuit court is affirmed.

HIGGINS, C.J., and BILLINGS, BLACK-
MAR, DONNELLY, WELLIVER, JJ., and
BARRETT, Senior Judge, concur.

RENDLEN, J., dissents.

ROBERTSON, J., not sitting.